**FIRST BANK, Plaintiff/Respondent,**

v.

**THE ANNIE–JOYCE GROUP, LLC, Defendant,**

and

**Byron R. Hayes, Defendant/Appellant.**

**No. ED 97332.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 5, 2012.

Byron Hayes, St. Louis, MO, Appellant Acting pro se.

Patrick J. Boyle, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

**650**

*ORDER*

PER CURIAM.

This is a *pro se* appeal from that part of a judgment denying appellant's motion to quash garnishment. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a written memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).